IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRE D. BOSWELL,<br><br>Defendant. | **8:23CR44**<br><br><br>**ORDER** |

Before the Court is non-party Tricia Warren's Request for Transcript (Filing No. 51) of the sentencing hearing held June 12, 2024.

IT IS ORDERED:

1.   The Request for Transcript (Filing No. 51) is granted.

2.   Tricia Warren must contact court reporter Sue DeVetter at suedevetter@yahoo.com to make arrangements for the preparation and payment of the transcript. Tricia Warren will be responsible for that transcript cost.

3.   The Clerk's Office is directed to mail a copy of this order to Tricia Warren at 3203 Spring Street, Omaha, Nebraska 68105

4.   The Clerk's Office is directed to email copies of the Request for Transcript and this Order to Sue DeVetter.

Dated this 6th day of May 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge